IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Case No.   6:14CR60024-001 |
| | ) | |
| LATOYA T. REEVES | ) | |

## FINAL ORDER OF FORFEITURE

On December 17, 2014, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 17).  In the Preliminary Order of Forfeiture, a Bryco Arms 9 mm pistol, serial number 1453777 was forfeited to the United States pursuant to 18 U.S.C. § 924(d) and Title 18 U.S.C. § 3665.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1).  On January 20, 2015, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov.  Deadline for filing claims was February 16, 2015.  No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on December 17, 2014, shall become final at this time.

IT IS SO ORDERED this 23rd day of April, 2015.

/s/ Susan O. Hickey
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 23 2015

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK